**No. 46293.**—Protest 972194–G of Fay On Chong and Co. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the wooden stands are the same as those passed upon in *Kwong* v. *United States* (T. D. 49409) they were held dutiable at 33⅓ percent under paragraph 412 as claimed.